NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HEATHER L. SHIELDS,              )
                                 )
              Appellant,          )
                                 )
v.                               )          Case No. 2D17-2976
                                 )
OCWEN LOAN SERVICING, L.L.C.,     )
                                 )
              Appellee.           )
_____ )

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Pasco
County; Kimberly Sharpe Byrd, Judge.

Courtney L. Fernald and Leonard S.
Englander of Englander Fischer, St.
Petersburg, Co-Counsel for Appellant.

Jason K. Whittemore of Wagner
McLaughlin, P.A., Tampa, Co-Counsel for
Appellant.

Christopher W. Boss of Boss Law, PLLC,
St. Petersburg, Co-Counsel for Appellant.

I. William Spivey, II, Courtney M. Keller,
and Colin S. Baker of Greenberg Traurig,
P.A., Orlando, Co-Counsel for Appellee.

Patrick G. Broderick and Jason H.
Okleshen of Greenberg Traurig, P.A.,
West Palm Beach, Co-Counsel for
Appellee.

Julissa Rodriguez of Greenberg Traurig,
P.A., Miami, Co-Counsel for Appellee.

PER CURIAM.

Affirmed.

LaROSE, C.J., and CASANUEVA and BADALAMENTI, JJ., Concur.